# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRISSY BONNELL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of | : | |
| Social Security | : | NO. 21-73 |

## O R D E R

AND NOW, this 30th day of May, 2023, it is hereby ORDERED that Plaintiff's Request for Review is DENIED, and that JUDGMENT IS ENTERED in favor of Defendants.

The Clerk of Court is directed to mark this matter as CLOSED.

BY THE COURT

*/s/ Scott W. Reid*
_____

SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE